# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.  ltrust@osbornlawpc.com

October 17, 2023

**VIA ECF**

Honorable Valerie Figueredo
United States District Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    *Nazario-Feliz v. Commissioner of Social Security*
              Civil Action No. 1:23-cv-06313-VF

Dear Judge Figueredo,

      We write on behalf of plaintiff, Chery Nazario-Feliz, and with the consent of the defendant, to request additional time to file plaintiff's motion for judgment on the pleadings which is due on October 20, 2023 per the Court's July 24, 2023 Standing Scheduling Order. This is the parties' first request for an extension. Plaintiff's counsel is requesting this relief due to currently having 10 Social Security briefs and an Appellate Brief scheduled within the next two weeks.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a. Plaintiff to file her motion for judgment on the pleadings on or before **January 25, 2024**;

b. Defendant to file its response/cross-motion on or before **March 25, 2024**; and

c. Plaintiff to file her reply (if any) on or before **April 8, 2024**.

Honorable Valerie Figueredo
October 17, 2023
Page Two

Thank you for your consideration of this request.

        Respectfully submitted,

        s/Daniel A. Osborn
        Daniel A. Osborn
        OSBORN LAW, P.C.
        43 West 43rd Street, Suite 131
        New York, New York 10036
        Telephone:   212-725-9800
        Facsimile:    212-500-5115
        dosborn@osbornlawpc.com

cc: Heetano Shamsoondar, Esq. (by ECF)

---

Application Granted

_Valerie Figueredo_, U.S.M.J.

DATED: October 18, 2023

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.