**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
CHERY NAZARIO-FELIZ,

                Plaintiff,                23 **CIVIL** 6313 (VF)

     -v-                              **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 22, 2024, the final decision of the Commissioner of Social Security is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including the opportunity for a new hearing.

**Dated:**  New York, New York
          March 22, 2024

                                                              **RUBY J. KRAJICK**
                                                                **Clerk of Court**

                               **BY:**    *K. Mango*

                                                                **Deputy Clerk**